### October 29, 1998

| | | |
|---|---|---|
| 21289 | Alexander v. Unicold Corp. | Affirmed |
| 20516 | Ferreira v. TIG Ins. Co. | Affirmed |
| 21222 | State v. Hyde | Affirmed |

### November 5, 1998

| | | |
|---|---|---|
| 21057 | State v. Hong | Affirmed |
| 20952 | State v. Le | Affirmed |
| 20478 | State v. Staudinger | Affirmed |

### November 10, 1998

| | | |
|---|---|---|
| 20532 | Government Employees Ins. Co. v. Seng | Affirmed |
| 20642 | Hu v. American Intern. Adjustment Co. | Affirmed |
| 20668 | State v. Niles | Affirmed |

### November 13, 1998

| | | |
|---|---|---|
| 21264 | State v. Akuna | Affirmed |
| 21357 | State v. Noble | Affirmed |
| 21089 | State v. Omayas | Affirmed |

### November 16, 1998

| | | |
|---|---|---|
| 21003 | State v. Martindell | Affirmed |

### November 17, 1998

| | | |
|---|---|---|
| 20773 | State v. Akahi | Affirmed |
| 20762 | State v. Balcher | Affirmed |
| 20693 | State v. Beebe | Vacated |
| 21468 | State v. Garcia | Affirmed |

### November 18, 1998

| | | |
|---|---|---|
| 20548 | State v. Clark | Affirmed |
| 20234 | State v. Ichimura | Affirmed |

### November 20, 1998

| | | |
|---|---|---|
| 20941 | State v. Kishimoto | Affirmed |

### November 23, 1998

| | | |
|---|---|---|
| 20566 | Yamashiro v. United Public Workers, AFSCME, Local 646, AFL-CIO | Affirmed |

### November 25, 1998

| | | |
|---|---|---|
| 19895 | Loo v. Liberty Mut. Ins. Co., Inc. | Vacated |

### November 27, 1998

| | | |
|---|---|---|
| 21498 | Doe, In re | Affirmed |